# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>F. FOULK, Warden,<br><br>　　　　Respondent. | Case No. CV 14-2805 DOC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 |     IT IS ORDERED that Judgment be entered denying the petition and
2 | dismissing this action with prejudice.
3 |
4 |
5 | DATE: February 2, 2015     _David O. Carter_____
6 |                                     HON. DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE