# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>F. FOULK, Warden,<br><br>　　　　Respondent. | Case No. CV 14-2805 DOC (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 2, 2015

_David O. Carter_
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE